UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRANSPORTATION INSURANCE
COMPANY,

    Plaintiff,

vs.

AK STEEL CORPORATION, *et al.,*

    Defendants.

Case No.  1:11-cv-907

Judge Timothy S. Black

**AMENDED CALENDAR ORDER**

The parties' joint motion for extension of time (Doc. 24) is hereby **GRANTED** and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Discovery deadline (liability): | **November 20, 2012** |
| Dispositive motion deadline (liability): | **December 31, 2012** |
| Status conference by telephone parties shall call into 1-888-684-8852[1]: | **January 28, 2013 at 1:00 p.m.** |
| Final pretrial conference in Cincinnati Chambers, Room 815: | **May 13, 2013 at 11:30 a.m.** |
| Jury Trial in Cincinnati: | **May 20, 2013 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date:  10/9/2012

    *s/ Timothy S. Black*
    Timothy S. Black
    United States District Judge

---

[1] Access code: 8411435; Security code: 123456.  All status conferences are before Judge Black.