UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TRANSPORTATION INSURANCE, COMPANY,**

   Plaintiff,

-vs-

**BUSY BEAVER BUILDING CENTERS, INC.,**

   Defendant.

Case No. 1:11-CV-907

**Judge Timothy S. Black**

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Summary Judgment (Doc. 45) is **DENIED**; that Defendant's Motion for Summary Judgment (Doc. 44) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: 8/27/2013

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk